IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LEASHA DAVIDSON**                                                                                           **PLAINTIFF**

**V.**                                      **CASE NO. 5:20-CV-5167**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 20) filed in this case on December 17, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 20) is **ADOPTED IN ITS ENTIRETY**. The matter is **REVERSED AND REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 4th day of January, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE